IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Case No. 09-cr-00534-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES G. MAXFIELD,

    Defendant.

---

STIPULATION AND ORDER GOVERNING THE CUSTODY AND DISPOSITION
OF HEARING EXHIBITS, TRANSCRIPTS, AND PAPERS

---

    Following the completion of hearing, the parties stipulate:

    1. That counsel for each party shall retain custody of all exhibits, transcripts, or papers identified, offered, or admitted at hearing by that party until 60 days after the time of appeal from this court has expired, or if appeal is taken, until 60 days after the final, non-appealable decision has been made in this matter; and

    2. That during any appeal, the party having custody of any part of the record necessary for appeal shall make the exhibits and transcripts in its custody available to the appealing party for filing with the appellate court.

    DATED January 6, 2010, at Denver, Colorado.

_____  _____
Attorney for the Plaintiff(s)  Attorney for the Defendant(s)

    IT IS ORDERED that the stipulation is approved and that its terms are implemented forthwith.

BY THE COURT:

_____
Robert E. Blackburn
United States District Judge

*rev. 3/2/09*