**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00534-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES G. MAXFIELD,

    Defendant.

**ORDER RE: DEFENDANT'S UNOPPOSED MOTION TO DISCLOSE
GRAND JURY MATERIAL TO DEFENDANT**

THIS MATTER comes before the Court on the defendant's Unopposed Motion To Disclose Grand Jury Material to Defendant [#19] filed January 25, 2010, which motion is brought pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i) & (F).

HAVING REVIEWED the motion and being otherwise advised in the bases, the Court finds that good and sufficient cause supports the same, and it is, therefore,

ORDERED that the defendant's unopposed motion [#19] is granted, and that grand jury testimony and grand jury documents may be disclosed to Defendant and his attorney in the course of discovery in this case.  It is further

ORDERED that such materials shall only be used in defending this case; that such materials are disclosed only to Defendant and his attorney; that the defense attorney shall maintain custody of such materials, and shall not reproduce or disseminate the same.

DATED January 26, 2010

                                            BY THE COURT:

                                            */s/ Robert E. Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge