**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00534-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES G. MAXFIELD,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter comes before the court on the defendant's **Unopposed Motion to Continue Trial** [#22] filed January 28, 2010.

**IT IS ORDERED** as follows:

1. That on **February 8, 2010**, at 10:00 a.m., the court will conduct a telephonic setting conference to set a hearing on the motion; and

2. Counsel for the government shall coordinate, arrange, and initiate the conference call necessary to facilitate the setting conference.

Dated: February 1, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.