**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00534-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JAMES G. MAXFIELD,

      Defendant.

**MINUTE ORDER**[1]

On April 20, 2010, the court conducted a telephonic setting conference to set defendant's **Motion To Suppress Fruits of Search** [#38] filed April 12, 2010. After conferring with counsel and with their consent,

**IT IS ORDERED** that on **July 7, 2010**, commencing at 1:30 p.m., the court shall conduct an evidentiary hearing on defendant's **Motion To Suppress Fruits of Search** [#38] filed April 12, 2010, the court reserving the remainder of the day for this hearing.

      Dated: April 20, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.