**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  09-cr-00534-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JAMES G. MAXFIELD,

      Defendant.

---

**MINUTE ORDER**[1]

---

      At the oral request of the parties, the sentencing hearing previously set for January 28, 2011, is **VACATED** and is **RESET** to **January 18, 2011**, at 1:30 p.m.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  December 17, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.